IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CITY OF NEWARK, NEW JERSEY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> E.I. du PONT de NEMOURS and CO.; : <br> HEUBACH GMBH; ALENT, PLC; : <br> ENTHONE, INC.; and JOHN DOES 1-10, : <br> : <br> Defendants. : | C.A. NO. 2:15-CV-02871 MCA JBC |

### STIPULATION OF DISMISSAL

**THIS MATTER** having been amicably resolved by and between the parties, it is hereby stipulated and agreed that:

1. All claims asserted or that could have been asserted by the City of Newark, New Jersey (the "City") against E. I. du Pont de Nemours and Company ("DuPont"), Alent, PLC ("Alent"), and Enthone, Inc. ("Enthone") related to the subject matter of this action are **HEREBY DISMISSED** and barred with prejudice and without costs.

2. All counterclaims asserted or that could have been asserted by DuPont, Alent, and Enthone against the City related to the subject matter of this action are **HEREBY DISMISSED** and barred with prejudice and without costs.

Dated: 12/8/15

William Matsikoudis
Matsikoudis & Fanciullo LLC
270 Marin Boulevard
Jersey City, NJ 07302

*Attorneys for Plaintiff*
*City of Newark, New Jersey*

DMEAST #22804622 v2

Dated: 12/8/15

_____
Glenn A. Harris
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Co.*

Dated: 12/10/2015

_____
Angelo Genova
Genova Burns LLC
494 Broad Street
Newark, NJ 07102

*Counsel for Defendants Alent PLC and Enthone Inc.*

SO ORDERED
12/15/15

_____
Madeline Cox Arleo, U.S.D.J.